U.S. District Judge Marsha Pechman
U.S. Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DENNIS BOYD,<br>    Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL,<br>Commissioner of Social Security,<br>    Defendant. | 3:12-CV-05861-MJP-BAT<br><br><br>ORDER FOR ATTORNEY FEES |

The court finds and orders an attorney fee of $16,336.25 pursuant to 42 U.S.C. § 406(b). The attorney fee of $6,250 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 19th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE