U.S. District Judge Marsha Pechman
U.S. Magistrate Judge Brian A. Tsuchida

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

| | |
|---|---|
| DENNIS BOYD,<br>     Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL,<br>Commissioner of Social Security,<br>     Defendant. | 3:12-CV-05861-MJP-BAT<br><br><br>ORDER FOR ATTORNEY FEES |

The court finds and orders an additional attorney fee of $11,846 pursuant to 42 U.S.C. § 406(b).

Dated this **22** day of **Oct.**, 2018.

_____
UNITED STATES DISTRICT JUDGE